ALBERT HARRIS, Appellant, v. 11 WEST 42ND STREET, INC., Defendant, and RENBA MANAGEMENT CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER HUBER, Appellant.— Judgment reversed and the information dismissed upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.; Dore and Callahan, JJ., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY-TRINITY PLACE CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [39 Broadway, Borough of Manhattan.] — Order unanimously modified by fixing the value of the property involved as follows:

|  | Land | Building | Total |
| --- | --- | --- | --- |
| 1945–46 | $1,650,000 | $2,750,000 | $4,400,000 |
| 1946–47 | 1,700,000 | 2,850,000 | 4,550,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

In the Matter of the Estate of MURRY MILLER, Deceased. SAMUEL MILLER, Respondent; AMALIA M. MILLER, Appellant.— The proof adduced in this case to support appellant's contention is stronger than the evidence in *Shea* v. *Shea* (294 N. Y. 909, revg. 268 App. Div. 677, on the grounds stated in the dissenting opinion of Mr. Justice JOHNSTON in the Appellate Division). Decree unanimously reversed and the petition dismissed, with costs to the appellant payable out of the estate. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

ARDMORE FARMS, INC., Appellant-Respondent, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent-Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

TILLIE RODRIGUEZ, Respondent, v. HYMAN LEVINE, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,500, in which event said judgment, as so modified, is affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.